# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00504-CV

### S. P., Appellant

### v.

### Texas Department of Family & Protective Services, Appellee

### FROM THE 20TH DISTRICT COURT OF MILAM COUNTY,
### NO. CV35,444, THE HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant S.P. filed her notice of appeal on July 19, 2013. The appellate record was complete August 22, 2013, making appellant's brief due September 11, 2013. To date, appellant's brief has not been filed.

Recent amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order counsel to file appellant's brief no later than October 2, 2013. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on September 17, 2013.

Before Justices Puryear, Rose, and Goodwin